381 A.2d 895

Commonwealth v. Graver, Appellant.

Argued September 15, 1977. Robert H. Reese, Jr., with him Arnold, Beyer, Reese & Gruber, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.